**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

FILED - GR
December 4, 2019 2:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_mkc_  SCANNED BY: __TB__

12/4/19

Felipe Valencia

Plaintiff(s),

v

Gun Lake Casino

Defendant(s).

Case No. 1:19-cv-1020
Honorable Janet T. Neff
U.S. District Judge

I Felipe Valencia Suing Gun Lake Casino for discrimination against me and abuse of authority and as well see the papers

FELIPE VALENCIA  12-4-19

To Federal

I Felip Valencia suing for discrimination agiants me and abuse of authority and as well the Casion abase from me too. Now I am asking for the surveillance camera of DVD and proof of evidence that I won, I am asking for evidence from inside and outside of the parking lot when I was arrested. They accused me of drunk and disorderly in public. The reason they accused me was they didn't want to pay me 20,000 thousand dollars. I hit the Jackpot of 4 times making it 20,000 thousand that was the reason they called the cops and arrested me. When I told them what had happened about the machine they were cheaking. This was The Gun Lake Casion WAYLAND Michigan. When I told them I hit the Jackpot the first time they didn't give me any money and the second time no money. It was a Saturday night ready to be Sunday morining when it hit the Three time it gave me $80.00 dollars I ask for them to come and check what was happen and she told me to leave she was the Supervisor I didn't know she was the Supervisor. On the fourth time it gave me $100.00 dollars the last time on the Jackpot she told me to leave and come back on anther day but she

wasn't given me proof of what I won on. I told her I wasn't going to leave into they payed what I won. I told the Supervisor I wouldn't leave into they payed me. She told me they would call the cops if I wouldn't leave, I told her I didn't own anything to the cops and I ~~didn't~~ wasn't scared of the cops. They called the cops and told many lies to the cops. The cops followed the Casion Corrupted game. The police came and they took me out of the Casion. A discriminate. The police got the money from the machine and took me to the Cashier to checkout $ it was 200 or $2~~5~~0.00 that the cops cash out. He told us to leave. When I got by the restrooms I told the cop I needed to use the restroom. He told me I couldn't go to the restroom, I wasn't able to go, I was sick that why I need to use the restroom, he told me he didn't care that I had to leave anyways. He took me outside and told me ~~to~~ leave, I returned to ask from his card info. He told me he didn't have cards. I Asked him to write down on a paper his bage # and Name. He leaped forward trowards me ~~and~~ like I had insulted him. but he was assaulting me

To Federal                                    12-4-2019

I was telling him he was hurting me because I'm injured from both hands. When I told him that instead of helping me he push me towards the cop car. They obtain me with alot of pain the officer treated me like animal. When they called the other cops in another car. he took his cuffs off and put them on the other cuffs together. That's how they took me to Jail in Allegan. This is how I arrived beaten and abused. and this is How the abused from their Authority of power. They used theis Authority of power by forcing me to do the alcohol test. When I wasn't driving intoxicated and they didn't let me leave into I did that test but because I'm sick. I couldn't pass the test from the sickness. I want the license of the casino and the license of the Bar. The Month it happend the abuse against me. The moved the machine I payed on because I send someone to check and the machine wasn't there any longer.

X FELIPE VALENCIA
236 E 13th
Holland Mich 49423